IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:17cr7-MW/GRJ

BELINDA SHEPPARD-LEWIS,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 114. There were no objections. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to withdraw guilty plea, ECF No. 88, is **DENIED**." Defendant shall appear at the sentencing hearing on April 29, 2019.

**SO ORDERED on April 23, 2019.**

                                        s/Mark E. Walker        
                                        **Chief United States District Judge**